United States Bankruptcy Court
District of Maryland

In re:  Case No. 23-18957-DER
Deirdre S Horsey  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1 | User: admin | Page 1 of 3
Date Rcvd: Dec 11, 2023 | Form ID: 309A | Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deirdre S Horsey, 543 West Road, Apt #203, Salisbury, MD 21801-3553 |
| 32413549 | + | State of Maryland, Central Collection Unit, 300 W. Preston St., Fifth Floor Certific, Baltimore, MD 21201-2308 |
| 32413550 | + | State of Maryland - Central Collection U, P.O. Box 17277, Baltimore, MD 21297-0386 |
| 32413551 | + | State of Maryland Department of Labor,, Licensing & Regulations - Unemployment D, 1100p N. Eutaw Street, Baltimore, MD 21201-2201 |
| 32413556 | | TidalHealth/Peninsula Regional, Inc., 100 E Carroll St, Salisbury, MD 21801-5422 |
| 32413557 | + | Toyota Financial Services, PO Box 9014, Addison, TX 75001-9014 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: ashaw@lawislocal.com | Dec 11 2023 19:22:00 | Ann Shaw, The Law Firm of Shaw & Crowson, P.A., 913-B Snow Hill Road, PO Box 448, Salisbury, MD 21803-0448 |
| tr | | EDI: QMDALMY.COM | Dec 12 2023 00:15:00 | Monique Desiree Almy, Crowell & Moring, 1001 Pennsylvania Avenue, N.W., 10th Fl, Washington, DC 20004-2595 |
| 32413523 | + | Email/Text: clientservices@sourcerm.com | Dec 11 2023 19:23:00 | ADT Security, c/o Source Receivables Management, 4615 Dundas Drive, Suite 102, Greensboro, NC 27407-1761 |
| 32413534 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Dec 11 2023 19:22:00 | Comptroller of Maryland, Revenue Administration, 1110 Carroll Street, Annapolis, MD 21411 |
| 32414447 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Dec 11 2023 19:22:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 32413525 | | EDI: CAPITALONE.COM | Dec 12 2023 00:15:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 32413524 | | EDI: CAPITALONE.COM | Dec 12 2023 00:15:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 32413526 | | EDI: CAPITALONE.COM | Dec 12 2023 00:15:00 | Capital One/Walmart, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 32413527 | | EDI: CAPITALONE.COM | Dec 12 2023 00:15:00 | Capital One/Walmart, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 32413529 | | EDI: CITICORP | Dec 12 2023 00:15:00 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 32413528 | | EDI: CITICORP | Dec 12 2023 00:15:00 | Citibank/Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 32413531 | | EDI: WFNNB.COM | Dec 12 2023 00:15:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | | PO Box 18215, Columbus, OH 43218 |
| 32413530 | EDI: WFNNB.COM | Dec 12 2023 00:15:00 | Comenity Bank/Lane Bryant, PO Box 182789, Columbus, OH 43218-2789 |
| 32413533 | EDI: WFNNB.COM | Dec 12 2023 00:15:00 | Comenity Bank/Torrid, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 32413532 | EDI: WFNNB.COM | Dec 12 2023 00:15:00 | Comenity Bank/Torrid, PO Box 182789, Columbus, OH 43218-2789 |
| 32413535 | Email/PDF: creditonebknotifications@resurgent.com | Dec 11 2023 19:28:29 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 32413536 | Email/PDF: creditonebknotifications@resurgent.com | Dec 11 2023 19:28:33 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 32414445 | ^ MEBN | Dec 11 2023 19:18:36 | Edgar A. Baker, Jr., Esq., Wicomico County Department of Law, 125 North Division Street, Room 101, Salisbury, MD 21801-5030 |
| 32413537 | Email/PDF: acg.exeter.ebn@aisinfo.com | Dec 11 2023 19:28:34 | Exeter Finance LLC, PO Box 166097, Irving, TX 75016-6097 |
| 32413538 | Email/PDF: acg.exeter.ebn@aisinfo.com | Dec 11 2023 19:28:35 | Exeter Finance LLC, Attn: Bankruptcy, PO Box 166008, Irving, TX 75016-6008 |
| 32413539 | EDI: LCIICSYSTEM | Dec 12 2023 00:15:00 | I.C. System, Inc., P.O. Box 64437 444 Highway 96 East, St. Paul, MN 55164-0437 |
| 32413540 | EDI: IRS.COM | Dec 12 2023 00:15:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 32413541 | EDI: JPMORGANCHASE | Dec 12 2023 00:15:00 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 32413542 | EDI: NFCU.COM | Dec 12 2023 00:15:00 | Navy Fcu, PO Box 3700, Merrifield, VA 22119-3700 |
| 32413543 | EDI: NFCU.COM | Dec 12 2023 00:15:00 | Navy Fcu, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 32413545 | EDI: NFCU.COM | Dec 12 2023 00:15:00 | Navy Federal Cr Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 32413544 | EDI: NFCU.COM | Dec 12 2023 00:15:00 | Navy Federal Cr Union, PO Box 3700, Merrifield, VA 22119-3700 |
| 32413546 | Email/Text: DBrewer@partners1stcu.org | Dec 11 2023 19:23:00 | Partners 1st Fcu, 1330 Directors Row, Fort Wayne, IN 46808-1274 |
| 32413547 | Email/Text: bankruptcies@penncredit.com | Dec 11 2023 19:22:00 | PennCredit Corporation, 2800 Commerce Dr, Harrisburg, PA 17110-9307 |
| 32413548 | + Email/Text: ssa.bankruptcy@ssa.gov | Dec 11 2023 19:23:00 | Social Security Administration, Mid-Atlantic Program Center, 300 Spring Garden Street, Philadelphia, PA 19123-2924 |
| 32414446 | + Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Dec 11 2023 19:23:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32413552 | ^ MEBN | Dec 11 2023 19:17:55 | Syncb/Old Navy, PO Box 8803, Wilmington, DE 19899-8803 |
| 32413553 | EDI: SYNC | Dec 12 2023 00:15:00 | Syncb/Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 32413554 | + EDI: SYNC | Dec 12 2023 00:15:00 | Synchrony/Paypal Credit, PO Box 71727, Philadelphia, PA 19176-1727 |
| 32413555 | EDI: SYNC | Dec 12 2023 00:15:00 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 32413558 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |

|  |  |  |
|---|---|---|
|  | Dec 11 2023 19:23:00 | Toyota Financial Services, PO Box 259001, Plano, TX 75025-9001 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ann Shaw | ashaw@lawislocal.com  shaw.annb128003@notify.bestcase.com |
| Monique Desiree Almy | malmy@crowell.com  cbest@crowell.com,malmy@ecf.axosfs.com,monique-almy-7127@ecf.pacerpro.com |

TOTAL: 2

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Deirdre S Horsey** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6069 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **District of Maryland** | | Date case filed for chapter  **7**  **12/8/23** |
| Case number:  **23–18957 DER**  Chapter: **7** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov)..

**The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Visit http://www.mdb.uscourts.gov and click on Filing Without An Attorney for additional resources and information.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Deirdre S Horsey | |
| 2. | **All other names used in the last 8 years** | aka Deirdre Horsey | |
| 3. | **Address** | 543 West Road, Apt #203 <br> Salisbury, MD 21801 | |
| 4. | **Debtor's attorney** <br> Name and address | Ann Shaw <br> The Law Firm of Shaw & Crowson, P.A. <br> 913–B Snow Hill Road <br> PO Box 448 <br> Salisbury, MD 21803–0448 | Contact phone (410) 742–9171 <br> Email:  ashaw@lawislocal.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Monique Desiree Almy <br> Crowell & Moring <br> 1001 Pennsylvania Avenue, N.W., 10th Fl <br> Washington, DC 20004–2595 | Contact phone (202) 508 8749 <br> Email:  malmytrustee@crowell.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| Debtor **Deirdre S Horsey** | | Case number **23-18957** |

| | | |
|---|---|---|
| 6. **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Baltimore Division<br>101 West Lombard Street, Ste. 8530<br>Baltimore, MD 21201<br><br>Clerk of the Bankruptcy Court:<br>Mark A. Neal | Hours open:<br>8:45 – 4:00 PM<br><br>Contact phone (410) 962-2688<br><br>Date: 12/11/23 |
| 7. **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 17, 2024 at 10:01 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 935 721 6576, and Passcode 8655328895, OR call 1-667-406-0892**<br><br>**For additional meeting information, go to https://www.justice.gov/ust/moc** |
| 8. **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 3/18/24** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| 13. **Debtor electronic bankruptcy noticing** | The U.S. Bankruptcy Court for the District of Maryland offers all parties the ability to receive court notices and orders via email, instead of U.S. mail. To participate, debtors must complete and file a DeBN request form with the Court -- additional information is available under Programs & Services at http://www.mdb.uscourts.gov. Other parties (non-debtors) can register at ebn.uscourts.gov. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline** page **2**